NO. 29263

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 354th JUDICIAL |
| | § | 6th COURT OF APPEALS |
| vs. | § | DISTRICT COURT TEXARKANA, TEXAS |
| | § | 11/16/2015 10:47:23 AM |
| NATALIE AUSBIE REYNOLDS | § | HUNT COUNTY, TEXAS |

FILED
OCT 26 2015
CLERK DISTRICT
HUNT CO., TX

DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF THE COURT:

Defendant Natalie Ausbie Reynolds gives this written notice of appeal to the Court of

Appeals of the State of Texas from the judgment of conviction and sentence rendered against

Defendant.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, Texas 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Defendant

/s/ Michael Mowla
Michael Mowla

1

## Certificate of Service

    I certify that on October 23, 2015, a true and correct copy of this document was served on Hunt County District Attorney Nobie Walker, 2507 Lee Street, Greenville, TX 75401, phone 903-408-4180, fax 903-408-4296, nwalker@huntcounty.net, by email.

/s/ Michael Mowla
**Michael Mowla**

2

CASE NO. 29263     COUNT 1

INCIDENT NO./TRN: 9128346548 A002   AT **FILED**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT **M** |
| | § | **OCT 2 0 2015** |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| NATALIE AUSBIE REYNOLDS | § | CLERK, DISTRICT COURT, HUNT CO. TX |
| | § | |
| STATE ID NO.: TX 50364544 | § | 354TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, RICHARD A. BEACOM, JR. ,Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 10-20-2015.

**HONORABLE RICHARD A. BEACOM, JR.**
354 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Defendant (MUST SIGN)            Attorney for Defendant

Mailing Address: 514 laurel lane mckinney, TX 75087 SBN: 00784611

Telephone number: 214-418-3281       Address: 2828 N HARWOOD,STE 1950,LB 9

                                          DALLAS, TX 75201-7604

                                          Telephone Number: 214-651-1121

                                          Fax Number: 214-953-1366

29263                                                                     1

NO. 29263

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 354th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| NATALIE AUSBIE REYNOLDS | § | HUNT COUNTY, TEXAS |

AT ___ FILED
OCT 26 2015 ___ M
DISTRICT COURT, HUNT CO., TX

## MOTION TO STAY COMMENCEMENT OF TERMS OF COMMUNITY SUPERVISION PENDING ISSUANCE OF APPELLATE MANDATE

### TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Natalie Ausbie Reynolds files this motion to stay the commencement of each of the terms of community supervision until, and only if, this conviction is affirmed by the Texas Appellate Courts, and their mandates issue, making said conviction final:

1. On October 20, 2015, Defendant was sentenced by the Court to a term of community supervision, assessed a fine.

2. Various conditions of community supervision were imposed.

3. One of the conditions of community supervision is that Defendant must serve 30 days in county jail.

4. Defendant perfected her appeal by filing a notice of appeal with the clerk of this Court.

5. When an appeal is taken from a criminal judgment assessing a probated sentence, the **terms of probation do not commence** until the judgment is final and the appellate mandate has issued. *See Ross v. State*, 523 S.W.2d 402, 405 (Tex. Crim. App. 1975); *Delorme v. State*, 488 S.W.2d 808, 810 (Tex. Crim. App. 1973); *Humphries v. State*, 261 S.W.3d 144, 146 (Tex. App. San Antonio 2008).

1

6.	As a result, a person on community supervision may request that the trial court grant a stay of the application of the conditions of community supervision while the appeal is pending. *See Humphries v. State,* 261 S.W.3d at 146. Thus, Defendant makes such a request, and desires to not commence the terms of community supervision until the conviction is affirmed by the appellate courts and their mandates issue.

Defendant prays that this Court stay the commencement of each of the terms of community supervision until the conviction is affirmed by the appellate courts of the State of Texas and the mandate issues by the Court of Appeals.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, Texas 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Defendant

/s/ **Michael Mowla**
**Michael Mowla**

2

## Certificate of Service

I certify that on October 23, 2015, a true and correct copy of this document was served on Hunt County District Attorney Nobie Walker, 2507 Lee Street, Greenville, TX 75401, phone 903-408-4180, fax 903-408-4296, nwalker@huntcounty.net, by email.

/s/ Michael Mowla
**Michael Mowla**

3

AT ___ **FILED** ___ M

OCT 26 2015

CLERK, DISTRICT COURT, HUNT CO., TX

NO. 29263

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 354th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| NATALIE AUSBIE REYNOLDS | § | HUNT COUNTY, TEXAS |

## ORDER GRANTING MOTION TO STAY COMMENCEMENT OF TERMS OF COMMUNITY SUPERVISION PENDING ISSUANCE OF APPELLATE MANDATE

On this date, the trial court considered Defendant's Motion to Stay Commencement of Terms of Community Supervision Pending Issuance of Appellate Mandate. IT IS ORDERED that said motion is hereby GRANTED.

IT IS FURTHER ORDERED that all terms of community supervision imposed upon Defendant are STAYED until Defendant's conviction is affirmed by the appellate courts of the State of Texas and the mandate issues by the Court of Appeals.

_October 27, 2015_
**Date**

_____
**Judge Presiding**

1

NO. _29263_

THE STATE OF TEXAS

VS.

_Natalie Ausbie Reynolds_

IN THE DISTRICT COURT
OF HUNT COUNTY, TEXAS
354TH JUDICIAL DISTRICT

**APPEAL**

## ORDER SETTING BOND

ON THIS DAY came for consideration the matter of the bond set in the above styled and numbered cause for the Defendant aforementioned. The State of Texas was present and was represented by the Hunt County District Attorney. The Defendant was present and represented by Counsel, _George R. Milner, III_ ~~convicted~~ The Court finds that the Defendant is ~~charged~~ with the following: _Official Oppression_

Taking into consideration the following:

1) That bail should be sufficiently high to give reasonable assurance that the Defendant will appear as directed by the Court, and
2) That bail should not be used as an instrument of oppression, and
3) The nature of the offense and the circumstances under which it was allegedly committed, and
4) The Defendant's ability to make bail.

The Court finds that the bond in this cause should be set at $ _10,000_

The Defendant shall be required as a condition of release on bond to:

( ) Submit to home curfew and electronic monitoring under the supervision of the Hunt County Community Supervision and Corrections Department – Pre-Trial Services Division. (HCCSCD) (PTSD)

( ) Do not leave Hunt County or your county of residence without written permission from the HCCSCD PTSD or the Court.

( ) Submit to testing weekly under the supervision of the HCCSCD PTSD for the presence of controlled substance(s) in the Defendant's body.

( ) Report to the Hunt County Community Supervision & Corrections Department IMMEDIATELY (or upon the first work day after release from custody) and then report weekly or as directed for the verification of employment, residence, and other information deemed necessary by the PTSD.

( ) The Defendant shall receive counseling and/or education relating to Acquired Immune Deficiency Syndrome or the Human Immunodeficiency Virus as a result of being charged with an offense under section 43.02 of the Texas Penal Code.

( ) The Defendant shall submit to mandatory Alcoholics Anonymous meetings three (3) timers per week and shall retain proof of attendance.

( ) The Defendant shall undergo mandatory (counseling outside and apart from Alcoholics Anonymous Meetings) at least once per week through Lakes Regional MHMR in Hunt County, Texas or other Texas Certified alcohol/drug rehabilitation agency and shall retain proof of attendance.

( ) The Defendant shall abstain from the use of alcohol and controlled substances while this case remains pending.

( ) The Defendant shall not directly communicate with the alleged victim in this offense (_____ _____) and shall not go near a residence, school or _____ _____ frequented by the alleged victim.

( ) The Defendant shall work toward obtaining a high school diploma or equivalent.

( ) The Defendant shall not commit a new offense against the state or any other state or of the United States or any political subdivision thereof.

( ) The Defendant shall abide by the terms and conditions of his Pre-Trial Release Contract.

( ) The Defendant shall pay costs of attorney in the amount of $_____ on or before _____ to the Hunt County Auditor, P.O. Box 1097, Greenville, Texas 75403.

( ) _____

( ) _____

Should the PTSD file a written report of violation of any condition herein the Defendant's bond will automatically be rescinded and the Clerk of the Court shall issue a capias for the arrest of the Defendant. Bond in such event will be denied pending review by the Court.

Judge Presiding

Date: _10-20-15_

I have read the above special conditions and understand that the Court will revoke my bond, order my arrest, and order a new bond hearing, if the Judge receives written notice concerning any violation of the above required conditions.

Defendant

Address: _Shulaunel Lane_

_Rockwall TX 75087_

District Attorney

FILED

OCT 20 2015

CLERK, DISTRICT COURT, HUNT CO. TX